**David A. BROWN, Petitioner–Appellant,**

v.

**Harold W. CLARKE, Director of the Virginia Department of Corrections, Respondent–Appellee.**

No. 14–7169.

United States Court of Appeals, Fourth Circuit.

Submitted: Dec. 16, 2014.

Decided: Jan. 2, 2015.

David A. Brown, Appellant Pro Se. Matthew P. Dullaghan, Senior Assistant Attorney General, Richmond, Virginia, for Appellee.

Before WILKINSON, GREGORY, and HARRIS, Circuit Judges.

Dismissed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

David A. Brown seeks to appeal the district court's order denying his motion for production of documents in his pending action under 28 U.S.C. § 2254 (2012). This court may exercise jurisdiction only over final orders, 28 U.S.C. § 1291 (2012), and certain interlocutory and collateral orders, 28 U.S.C. § 1292 (2012); Fed. R.Civ.P. 54(b); *Cohen v. Beneficial Indus. Loan Corp.,* 337 U.S. 541, 545–46, 69 S.Ct. 1221, 93 L.Ed. 1528 (1949). The order Brown seeks to appeal is neither a final

order nor an appealable interlocutory or collateral order. Accordingly, we deny leave to proceed in forma pauperis and dismiss the appeal for lack of jurisdiction. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*DISMISSED.*